IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NOAH MOORE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOEL JOHNSON and MERIDIAN OUTCOMES, LLC,<br><br>　　　　Defendants. | **ORDER TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>Case No. 2:22-cv-00128-JNP-JCB<br><br>District Judge Jill N. Parrish |

　　　　Plaintiff Noah Moore sued defendants Joel Johnson and Meridian Outcomes, LLC (collectively, "Defendants") for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and Utah labor laws. On June 8, 2022, Magistrate Judge Jared C. Bennett, to whom the court referred the case pursuant to 28 U.S.C. § 636(b)(1)(A), issued an order to show cause to Moore because "more than ninety days [had] passed since the filing of Mr. Moore's complaint, and he [had] not provided the court with the requisite proof of service to demonstrate that a summons and the complaint [had] been timely served on the named Defendants." ECF No. 6 at 1. Judge Bennett warned Moore that a failure to respond to the order to show cause within 14 days "may result in dismissal of this action." *Id.* at 2. Moore did not respond to the order to show cause.

　　　　Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the court ORDERS that this action be dismissed for failure to prosecute and for failure to comply with a court order. The court further ORDERS that the dismissal be without prejudice.

DATED June 27, 2022.

                              BY THE COURT

                              _____
                              Jill N. Parrish
                              United States District Court Judge